JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| HENRY JAMES HOLMES,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. ED CV 16-02260-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that the petition is summarily dismissed.

Dated: June 26, 2017

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge